UNITED STATES of America, Plaintiff–Appellee,

v.

**Allen Lorenzo GREEN, Defendant–Appellant.**

No. 07–5012.

United States Court of Appeals, Sixth Circuit.

Aug. 15, 2007.

Before: KENNEDY and COOK, Circuit Judges; and ALDRICH, District Judge.*

PER CURIAM.

This matter having come on for oral argument before the panel, and counsel having conceded that recent decisions, *Rita v. United States,* —— U.S. ——, 127 S.Ct. 2456, 168 L.Ed.2d 203 (2007), and *United States v. Wilms,* —— F.3d ——, No. 06–1896, 2007 WL 2077367 (6th Cir. July 23, 2007) (evaluating *Rita*), dispense with the grounds presented by the Appellant for reversal, the court hereby affirms the decision of the District Court.

---

* The Honorable Ann Aldrich, United States District Judge for the Northern District of Ohio, sitting by designation.